UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

SHREYA MANDAL, et al.,

                              Plaintiffs,

        -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------- x

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

02 Civ. 1234 (WHP)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

**WHEREAS**, plaintiff Rafael Bueno commenced this action by filing a complaint on or about February 15, 2002, alleging that defendants violated plaintiff's federal civil and state common law rights; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.    The above-referenced action is hereby dismissed as to the plaintiff Rafael Bueno, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.    Defendant City of New York hereby agrees to pay plaintiff Rafael Bueno the sum of Five Thousand ($5,000.00) Dollars, in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of these sums, plaintiff agrees to dismissal of all the claims against defendants and to release any present or former

employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff Rafael Bueno shall execute and deliver to defendants all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
January 31, 2007

JONATHAN C. MOORE, ESQ.
Beldock Leving & Hoffman LLP
99 Park Ave.
New York, NY 10016
(212) 353-9587

By: _____
Jonathan C. Moore, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 3-318
New York, N.Y. 10007
(212) 788-0775

By: _____
Elizabeth M. Daitz (ED1324)
Assistant Corporation Counsel
Special Federal Litigation Division

SO ORDERED:

_____
U.S.D.J.
3/31/08